[No. 28494-4-II. Division Two. June 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DAVID POWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-05566-8, Bryan E. Chushcoff and John A. McCarthy, JJ., entered March 7, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 28503-7-II. Division Two. June 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN EDWIN QUINTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-01009-1, Anna M. Laurie, J., entered March 1, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Quinn-Brintnall, JJ.

[No. 28963-6-II. Division Two. June 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LORI MICHELE RICKERT, *Appellant*.

Appeal from judgments of the Superior Court for Pierce County, No. 02-1-01102-2, Bruce W. Cohoe and Kathryn J. Nelson, JJ., entered May 24 and June 20, 2002. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.

[No. 20374-3-III. Division Three. June 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RAY ESTEP, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00204-3, Dennis D. Yule, J., entered July 13, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.